UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANTHONY GARTH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:06-CV-1112 CAS |
| | ) |
| COI WHITE, and | ) |
| JAMES PURKETT, | ) |
| | ) |
| Defendants. | ) |

## ORDER OF PARTIAL DISMISSAL PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that plaintiff's claims against defendant Purkett are **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

Dated this  8th  day of January, 2007.

_____
**UNITED STATES DISTRICT JUDGE**